IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01843-DDD-SKC

MIKE BOULTER, BOULTER, LLC,
RALPH NIX PRODUCE, INC., and
BARCLAY FARMS, LLC, on behalf of
themselves and classes of similarly situated
persons,

    Plaintiffs,

v.

NOBLE ENERGY, INC., and KERR-MCGEE
OIL & GAS ONSHORE, LP,

    Defendants.

### NOTICE OF WITHDRAWAL OF JOINT MOTION FOR SANCTIONS AND PARTIAL WITHDRAWAL OF JOINT MOTION TO DISMISS

Defendants Kerr-McGee Oil & Gas Onshore, LP ("KMOG") and Noble Energy, Inc. ("Noble") withdraw their Motion for Sanctions (ECF No. 7) because the Colorado Supreme Court's decision in *Antero Resources Corp. v. Airport Land Partners, Ltd. et al., Case No. 21SC533* (ECF 39-1) has, as a practical matter, rendered the primary basis for the requested relief – that Plaintiffs must exhaust administrative remedies before filing additional complaints against Defendants in this Court – moot.  Given the *Antero Resources Corp.* decision, KMOG and Noble partially withdraw their Joint Motion to Dismiss (ECF No. 6) to the extent it requested the Court to dismiss Plaintiffs' claims for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) for failure to exhaust administrative remedies.  KMOG and Noble do not withdraw their Joint Motion to Dismiss Plaintiffs' claims for failure to state a claim on

1

which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).  *See* ECF No. 6 at 8-11.  The Court has not resolved the Joint Motion to Dismiss under Rule 12(b)(6).

Respectfully submitted this 3rd day of April 2023.

| | |
|---|---|
| WILLIAMS WEESE PEPPLE & FERGUSON PC | DAVIS GRAHAM & STUBBS LLP |
| *s/ Ezekiel J. Williams* | *s/ James R. Henderson* |
| Ezekiel J. Williams<br>Carlos R. Romo<br>1801 California Street, Suite 3400<br>Denver, CO 80202<br>Telephone:  303-861-2828<br>Fax Number:  303-861-4017<br>E-mail: zwilliams@williamsweese.com<br>            cromo@williamsweese.com | Jonathan W. Rauchway<br>James R. Henderson<br>Kyle Holter<br>1550 Seventeenth Street, Suite 500<br>Denver, CO 80202<br>Telephone: 303-892-9400<br>Fax Number: 303-892-1379<br>Email: jonathan.rauchway@dgslaw.com<br>       jim.henderson@dgslaw.com<br>       kyle.holter@dgslaw.com |
| GIBBS & BRUNS LLP | **Counsel for Defendant Noble Energy, Inc.** |
| *s/ Barrett H. Reasoner* | |
| Barrett H. Reasoner<br>Anthony N. Kaim<br>Shannon N. Smith<br>1100 Louisiana, Suite 5300<br>Houston, TX 77002<br>Telephone: 713-650-8805<br>Fax Number:  713-750-0903<br>E-mail: breasoner@gibbsbruns.com<br>       akaim@gibbsbruns.com<br>       snsmith@gibbsbruns.com | |
| **Counsel for Defendant Kerr-McGee Oil & Gas Onshore, LP** | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of April, 2023, a true and correct copy of the foregoing **DEFENDANTS KERR-MCGEE OIL & GAS ONSHORE, LP AND NOBLE ENERGY, INC.'S NOTICE OF WITHDRAWAL OF JOINT MOTION FOR SANCTIONS AND PARTIAL WITHDRAWAL OF JOINT MOTION TO DISMISS** was filed with the Clerk of Court using the CM/ECF system which will send notification to the following:

| | |
|---|---|
| George A. Barton<br>Stacy Burrows<br>BARTON & BURROWS, LLC<br>5201 Johnson Drive, Suite 110<br>Mission, KS 66205<br>Email: george@bartonburrows.com<br>         stacy@bartonburrows.com<br><br>*Attorneys for Plaintiffs and the Proposed Class and Subclasses* | Jonathan W. Rauchway<br>James R. Henderson<br>Kyle Holter<br>DAVIS GRAHAM &STUBBS LLP<br>1550 17th Street, Suite 500<br>Denver, Colorado, 80202<br>Email: jon.rauchway@dgslaw.com<br>         jim.henderson@dgslaw.com<br>         kyle.holter@dgslaw.com<br><br>*Attorneys for Defendant Noble Energy, Inc.*<br><br> s/ Patricia Krakowski |