IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01843-DDD-SKC

MIKE BOULTER,
BOULTER, LLC,
RALPH NIX PRODUCE, INC., AND
BARCLAY FARMS, LLC, ON BEHALF OF THEMSELVES AND CLASSES OF
SIMILARLY SITUATED PERSONS,

    Plaintiffs,
v.

NOBLE ENERGY, INC., AND
KERR-MCGEE OIL & GAS ONSHORE, LP,

    Defendants.

---

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, filed on April 6, 2023, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Noble Energy, Inc. and Kerr-McGee Oil & Gas Onshore, L.P., and against Plaintiffs, Mike Boulter, Boulter, LLC, Ralph Nix Produce, INC., and Barclay Farms, LLC, on behalf of themselves and classes of similarly situated persons, on Defendants' Joint Motion to Dismiss. It is further

ORDERED that Plaintiffs' complaint and action are dismissed with prejudice.

DATED at Denver, Colorado this 6th day of March, 2023.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk