## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01843-DDD-SKC

MIKE BOULTER, BOULTER, LLC,
RALPH NIX PRODUCE, INC., and
BARCLAY FARMS, LLC, on behalf of
themselves and classes of similarly situated
persons,

      Plaintiffs,

v.

NOBLE ENERGY, INC., and KERR-MCGEE
OIL & GAS ONSHORE, LP,

      Defendants.

---

## NOTICE OF APPEAL
---

Notice is hereby given that Plaintiffs Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc., and Barclay Farms, LLC, on behalf of themselves and classes of similarly situated persons, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order entered in this action on April 6, 2023 (Dkt. No. 41), which dismissed Plaintiffs' claims with prejudice, and for which a Final Judgment was entered on April 6, 2023 (Dkt. No. 42).

2

Date: April 13, 2023

*/s/ George A. Barton*
George A. Barton Mo. Bar No. 26249
Stacy A. Burrows Co. Bar No. 49199
Barton and Burrows, LLC
5201 Johnson Dr. Ste. 110
Mission, KS 66052
Telephone: 913-563-6250
Facsimile: 913-563-6259
george@bartonburrows.com
stacy@bartonburrows.com

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED**